JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE BROWN | CV 12-6974 PA (MRWx) |
|     Plaintiff, | JUDGMENT |
|   v. | |
| CARRINGTON MORTGAGE SERVS., LLC, et al., | |
|     Defendants. | |

    Pursuant to the Court's March 25, 2013 Minute Order dismissing with prejudice the claims alleged by plaintiff Bridgette Brown ("Plaintiff") against defendants Carrington Mortgage Services, LLC, Atlantic & Pacific Foreclosure Services, LLC, and Deutsche Bank National Trust ("Defendants"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing, and Defendants shall have their costs.

DATED: March 25, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE